**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: GUPTAIL, RICHARD K | § Case No. 09-71655 |
| GUPTAIL, BRANDY C. | § |
|  | § |
| Debtor(s) MILLER, BRANDY C. | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $148,470.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,300.87 | Claims Discharged Without Payment: $65,768.22 |
| Total Expenses of Administration: $1,818.36 | |

3) Total gross receipts of $ 4,119.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,119.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,558.36 | 1,818.36 | 1,818.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,726.00 | 12,749.09 | 12,749.09 | 2,300.87 |
| **TOTAL DISBURSEMENTS** | $66,726.00 | $14,307.45 | $14,567.45 | $4,119.23 |

    4) This case was originally filed under Chapter 7 on April 27, 2009. The case was pending for 36 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2012          By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Campos Chartered Law Firm - - apparently fraudul | 1129-000 | 4,117.50 |
| Interest Income | 1270-000 | 1.73 |
| **TOTAL GROSS RECEIPTS** | | **$4,119.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,029.81 | 1,029.81 | 1,029.81 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 364.00 | 364.00 | 364.00 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 0.00 | 260.00 | 260.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.19 | 3.19 | 3.19 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.47 | 3.47 | 3.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 7.89 | 7.89 | 7.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,558.36** | **$1,818.36** | **$1,818.36** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 3,932.00 | 4,178.13 | 4,178.13 | 754.05 |
| 2 | DISCOVER BANK | 7100-000 | 5,590.00 | 5,590.60 | 5,590.60 | 1,008.95 |
| 3 | Recovery Management Systems Corporation | 7100-000 | 1,162.00 | 1,140.25 | 1,140.25 | 205.78 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 1,123.95 | 1,123.95 | 202.84 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 722.00 | 716.16 | 716.16 | 129.25 |
| NOTFILED | Gemb/Sams Club | 7100-000 | 319.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gemb/GE Money Loc | 7100-000 | 10,504.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbsd | 7100-000 | 1,632.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Mnrds | 7100-000 | 3,383.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogersholl | 7100-000 | 2,314.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Care Credit | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Target N.B. | 7100-000 | 962.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 9,455.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Credit Netwo (Original Cr | 7100-000 | 833.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 24,209.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank | 7100-000 | 309.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,726.00 | $12,749.09 | $12,749.09 | $2,300.87 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71655
**Case Name:** GUPTAIL, RICHARD K
GUPTAIL, BRANDY C.
**Period Ending:** 05/09/12

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 04/27/09 (f)
**§341(a) Meeting Date:** 06/03/09
**Claims Bar Date:** 06/07/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 149 N. Brown Street, Genoa, | 138,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Wallet cash. | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Ordinary checking account. | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Ordinary older furniture, above-ground pool, ord | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Ertyl model tractor collection, approximately 30 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding ring. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 3 firearms | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Video camera. | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Three insurance policies, one whole life, the ot | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | IUOE Local 150 pension (Husband) and pension sup | 250.00 | 0.00 | DA | 0.00 | FA |
| 12 | Campos Chartered Law Firm - - apparently fraudul | 13,500.00 | Unknown | | 4,117.50 | FA |
| 13 | See prior disclosure of Campos Debt Collection I | Unknown | Unknown | DA | 0.00 | FA |
| 14 | 2002 Dodge RAM | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 Neon | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1948 Ford F1 "project" (non-operational). Truck | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | English bull dog. | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.73 | FA |
| 18 | **Assets  Totals** (Excluding unknown values) | **$161,970.00** | **$0.00** | | **$4,119.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   February 14, 2012  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-71655  
**Case Name:** GUPTAIL, RICHARD K  
GUPTAIL, BRANDY C.  
**Taxpayer ID #:** **-***6444  
**Period Ending:** 05/09/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/10 | {12} | Daniel Stermer Receiver for Hess Kennedy Chartered Law Firm | payment on proof of claim | 1129-000 | 3,375.00 | | 3,375.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 3,375.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,375.14 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,375.29 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,375.31 |
| 04/06/10 | | Wire out to BNYM account 9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -3,375.31 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -3,375.31 | 0.00 | |
| **Subtotal** | 3,375.31 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,375.31** | **$0.00** | |

{} Asset reference(s)

Printed: 05/09/2012 11:35 AM    V.13.02

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71655 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | GUPTAIL, RICHARD K | | Bank Name: | The Bank of New York Mellon |
| | GUPTAIL, BRANDY C. | | Account: | 9200-******15-65 - Checking Account |
| Taxpayer ID #: | **-***6444 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 05/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 3,375.31 | | 3,375.31 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 3,375.47 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,375.67 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71655, Bond #016018067 | 2300-000 | | 3.19 | 3,372.48 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,372.67 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,372.87 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,373.07 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,373.09 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,373.11 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,373.13 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,373.15 |
| 01/10/11 | {12} | Daniel Stermer as Receiver for | fraudulent payment | 1129-000 | 742.50 | | 4,115.65 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,115.68 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,115.71 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,115.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,115.77 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,115.80 |
| 05/31/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-71655, Bond #016018067 | 2300-000 | | 3.47 | 4,112.33 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,112.36 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,112.39 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.89 | 4,104.50 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,104.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,079.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,079.56 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,054.56 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,054.59 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,029.59 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,029.62 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,004.62 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,004.65 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,979.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,979.68 |

Subtotals :     $4,119.23     $139.55

{} Asset reference(s)

Printed: 05/09/2012 11:35 AM     V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-71655  
**Case Name:** GUPTAIL, RICHARD K  
GUPTAIL, BRANDY C.  
**Taxpayer ID #:** \*\*-\*\*\*6444  
**Period Ending:** 05/09/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*15-65 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,954.68 |
| 04/04/12 | 11003 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 260.00 | 3,694.68 |
| 04/04/12 | 11004 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $364.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 364.00 | 3,330.68 |
| 04/04/12 | 11005 | JAMES E. STEVENS | Dividend paid 100.00% on $1,029.81, Trustee Compensation; Reference: | 2100-000 | | 1,029.81 | 2,300.87 |
| 04/04/12 | 11006 | DISCOVER BANK | Dividend paid 18.04% on $4,178.13; Claim# 1; Filed: $4,178.13; Reference: | 7100-000 | | 754.05 | 1,546.82 |
| 04/04/12 | 11007 | DISCOVER BANK | Dividend paid 18.04% on $5,590.60; Claim# 2; Filed: $5,590.60; Reference: | 7100-000 | | 1,008.95 | 537.87 |
| 04/04/12 | 11008 | Recovery Management Systems Corporation | Dividend paid 18.04% on $1,140.25; Claim# 3; Filed: $1,140.25; Reference: | 7100-000 | | 205.78 | 332.09 |
| 04/04/12 | 11009 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 18.04% on $1,123.95; Claim# 4; Filed: $1,123.95; Reference: | 7100-000 | | 202.84 | 129.25 |
| 04/04/12 | 11010 | PYOD LLC its successors and assigns as assignee of | Dividend paid 18.04% on $716.16; Claim# 5; Filed: $716.16; Reference: | 7100-000 | | 129.25 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,119.23 | 4,119.23 | $0.00 |
| Less: Bank Transfers | 3,375.31 | 0.00 | |
| **Subtotal** | 743.92 | 4,119.23 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$743.92** | **$4,119.23** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*15-65** | 3,375.31 | 0.00 | 0.00 |
| **Checking # 9200-\*\*\*\*\*\*15-65** | 743.92 | 4,119.23 | 0.00 |
| | **$4,119.23** | **$4,119.23** | **$0.00** |

{} Asset reference(s)